Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BENJAMIN G. MCDONALD and KATHERINE F. MCDONALD, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC.; SAFEWAY STORES INC. #1503; SAFEWAY FUEL CENTER #1503; JOHN DOE CORPORATIONS OR PARTNERSHIPS 1-3; "JANE DOE" GENERAL MANAGER and "JOHN DOE" GENERAL MANAGER; "JANE DOE" ASSISTANT MANAGER and "JOHN DOE" ASSISTANT MANAGER, wife and husband; and "JOHN DOE" EMPLOYEES 1-5",<br><br>Defendants. | No. 3:21-CV-05219-TL<br><br>ORDER REGARDING MOTION TO AMEND THE COMPLAINT AND REMAND TO STATE COURT |

This matter is before the Court upon a stipulated motion of the parties (the "Stipulated Motion") (Dkt. No. 18) seeking an order to allow Plaintiffs to amend the complaint to join a party and remand this case to Thurston County Superior Court, Case No. 21-2-00262-34. The

Court has reviewed the Stipulated Motion. The Court notes that the proposed amended complaint, attached to the Stipulated Motion (Dkt. No. 18-1), fails to conform to the requirements under Local Civil Rule 15, but the Court will excuse the oversight on this occasion given the parties' stipulated request for a remand to state court.

Based on this, the Court finds that an amendment of the complaint to join a party and remand to Thurston County Superior Court, Case No. 21-2-00262-34 is proper, and it is hereby ORDERED:

(1) **Within fourteen (14) days of this Order,** Plaintiffs shall file an amended complaint, as attached to the Cox Declaration (Dkt. No. 19), adding a party and claims against Quality Parking Lot Services LLC, a Washington corporation.

(2) Upon filing of the amended complaint, the Clerk is directed to REMAND this case to Thurston County Superior Court, Cause No. 21-2-00262-34.

IT IS SO ORDERED.

Dated this 1st of February 2022.

Tana Lin
United States District Judge